```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

JN INTERNATIONAL,              )
                               )
            Plaintiff,         )           8:05CV67
                               )
      v.                       )
                               )
M/S TRANSGENE BIOTEK, and      )           ORDER
SAKET BIOTECHNOLOGIES,         )
                               )
            Defendants.        )
                               )
```

IT IS ORDERED:

1. The parties' joint motion to continue the planning conference, filing 26, is granted.

2. The planning conference currently scheduled for October 31, 2005 is continued to November 23, 2005 at 11:30 a.m. Counsel for the plaintiff shall place the call.

DATED this 28th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge