IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JN INTERNATIONAL, | ) |
| Plaintiff, | )   8:05CV67 |
| v. | ) |
| M/S TRANSGENE BIOTEK, and SAKET BIOTECHNOLOGIES, | )   ORDER |
| Defendants. | ) |

The parties have jointly moved for a sixty-day continuance of the progression of this case, including the planning conference currently scheduled for November 23, 2005 at 11:30 a.m. Filing 28. The parties state they have engaged in formal mediation and have reached a conditional settlement agreement, but to finalize the settlement, they must draft and execute a complex business agreement. I conclude the parties' joint motion for continuance should be granted.

IT THEREFORE HEREBY IS ORDERED:

1. The parties' joint motion for a continuance, filing 28, is granted.

2. The progression deadlines established under the court's order setting initial progression of the case, filing 22, and the scheduled November 23, 2005 planning conference (see filing 27), are stayed to permit the parties to complete the settlement process.

3. On or before January 23, 2006, the parties shall either advise the court that their conditional settlement has been finalized, or submit their joint report of parties' planning conference.

DATED this 21st day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge