IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JN INTERNATIONAL, INC.,           )
a/k/a M/S. JEERI NEOTECH,         )
INTERNATIONAL MEDICAL             )
CORPORATION,                      )          8:05CV67
a Nebraska Corporation,           )
                                  )
         Plaintiff,               )
                                  )
         v.                       )
                                  )
M/S TRANSGENE BIOTEK, LTD,        )
a Hyperbad, India                 )
Corporation, and                  )
SAKET BIOTECHNOLOGIES,            )
LTD., k/n/a M/S TRANSGENE         )
BIOTEK LTD., a Hyperbad,          )
India Corporation,                )
                                  )          8:05CV158
         Defendants and           )   (Consolidated into 8:05cv67)
         Counter-claimants,       )
                                  )
         v.                       )
                                  )
JN INTERNATIONAL, INC.,           )
A Nebraska corporation,           )
and DR. J. RAGHAVA REDDY,         )
an individual, and                )
DOES 1-5, inclusive,              )
                                  )
         Counter-defendants.      )


     IT IS ORDERED:

     The parties' joint motion for time, filing 30, is granted
and the deadline for the parties to finalize a formal settlement
agreement and advise the court is extended to February 24, 2006.

     DATED January 19, 2006.


                         BY THE COURT

                         s/ David L. Piester

                         David L. Piester
                         United States Magistrate Judge