IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JN INTERNATIONAL, INC., a/k/a M/S. JEERI NEOTECH, INTERNATIONAL MEDICAL CORPORATION, a Nebraska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>M/S TRANSGENE BIOTEK, LTD, a Hyperbad, India Corporation, and SAKET BIOTECHNOLOGIES, LTD., k/n/a M/S TRANSGENE BIOTEK LTD., a Hyperbad, India Corporation,<br><br>Defendants and Counter-claimants,<br><br>v.<br><br>JN INTERNATIONAL, INC., A Nebraska corporation, and DR. J. RAGHAVA REDDY, an individual, and DOES 1-5, inclusive,<br><br>Counter-defendants. | 8:05CV67<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>8:05CV158<br>(Consolidated into 8:05cv67) |

IT IS ORDERED:

The parties' joint motion for time, filing 32, is granted and the deadline for the parties to finalize a formal settlement agreement and advise the court is extended to April 24, 2006.

No further extensions will be granted absent an exceptional showing of extraordinary cause.

DATED March 2, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge