```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

JN INTERNATIONAL, INC.,         )
a/k/a M/S. JEERI NEOTECH,       )
INTERNATIONAL MEDICAL           )
CORPORATION,                    )          8:05CV67
a Nebraska Corporation,         )
                                )
        Plaintiff,              )
                                )
        v.                      )
                                )
M/S TRANSGENE BIOTEK, LTD,      )
a Hyperbad, India               )
Corporation, and                )
SAKET BIOTECHNOLOGIES,          )
LTD., k/n/a M/S TRANSGENE       )
BIOTEK LTD., a Hyperbad,        )
India Corporation,              )
                                )          8:05CV158
        Defendants and          )   (Consolidated into 8:05cv67)
        Counter-claimants,      )
                                )
        v.                      )
                                )
JN INTERNATIONAL, INC.,         )
A Nebraska corporation,         )
and DR. J. RAGHAVA REDDY,       )
an individual, and              )
DOES 1-5, inclusive,            )
                                )
        Counter-defendants.     )
```

IT IS ORDERED:

The motion of Christopher Sundermeier, Bernard Smyth, and the firm of Cooley Godward LLP to withdraw as attorneys for Transgene Biotek and Saket Biotechnologies is granted.

DATED: April 25, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge