IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JN INTERNATIONAL, INC., <br> a/k/a M/S. JEERI NEOTECH, <br> INTERNATIONAL MEDICAL <br> CORPORATION, <br> a Nebraska Corporation, <br><br> Plaintiff, <br><br> v. <br><br> M/S TRANSGENE BIOTEK, LTD, <br> a Hyperbad, India <br> Corporation, and <br> SAKET BIOTECHNOLOGIES, <br> LTD., k/n/a M/S TRANSGENE <br> BIOTEK LTD., a Hyperbad, <br> India Corporation, <br><br> Defendants and <br> Counter-claimants, <br><br> v. <br><br> JN INTERNATIONAL, INC., <br> A Nebraska corporation, <br> and DR. J. RAGHAVA REDDY, <br> an individual, and <br> DOES 1-5, inclusive, <br><br> Counter-defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 8:05CV67 <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> 8:05CV158 <br> (Consolidated into 8:05cv67) |

       IT IS ORDERED:

       This matter is placed back on the trial docket and,

       1.  The deadline for adding parties and amending pleadings is extended to 30 days from today's date.

       2.  The Rule 26 telephone planning conference is set for September 14, 2006 at 9:00 a.m.  Plaintiff's counsel shall initiate the call.

       3.  Trial is tentatively set for the month of February, 2007 and is tentatively scheduled for 10 trial days.

4. All other provisions of the Order Scheduling Initial Progression of Case, filing 22, shall remain in effect.

DATED: June 14, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge