```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JN INTERNATIONAL, INC., | ) | |
| a/k/a M/S. JEERI NEOTECH, | ) | |
| INTERNATIONAL MEDICAL | ) | |
| CORPORATION, | ) | 8:05CV67 |
| a Nebraska Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| M/S TRANSGENE BIOTEK, LTD, | ) | |
| a Hyperbad, India | ) | |
| Corporation, and | ) | |
| SAKET BIOTECHNOLOGIES, | ) | |
| LTD., k/n/a M/S TRANSGENE | ) | |
| BIOTEK LTD., a Hyperbad, | ) | |
| India Corporation, | ) | |
| | ) | 8:05CV158 |
| Defendants and | ) | (Consolidated into 8:05cv67) |
| Counter-claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JN INTERNATIONAL, INC., | ) | |
| A Nebraska corporation, | ) | |
| and DR. J. RAGHAVA REDDY, | ) | |
| an individual, and | ) | |
| DOES 1-5, inclusive, | ) | |
| | ) | |
| Counter-defendants. | ) | |

On the court's own motion,

IT IS ORDERED:

The Rule 26 telephone planning conference is rescheduled from September 14 to **September 21, 2006 at 9:00 a.m.**  Plaintiff's counsel shall initiate the call.

DATED August 31, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge