IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JN INTERNATIONAL, INC., a/k/a M/S. JEERI NEOTECH, INTERNATIONAL MEDICAL CORPORATION, a Nebraska Corporation, | ) ) ) ) ) ) | 8:05CV67 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| M/S TRANSGENE BIOTEK, LTD, a Hyperbad, India Corporation, and SAKET BIOTECHNOLOGIES, LTD., k/n/a M/S TRANSGENE BIOTEK LTD., a Hyperbad, India Corporation, | ) ) ) ) ) ) ) ) | |
| Defendants and Counter-claimants, | ) ) ) ) | 8:05CV158 (Consolidated into 8:05CV67) |
| v. | ) ) | |
| JN INTERNATIONAL, INC., A Nebraska corporation, and DR. J. RAGHAVA REDDY, an individual, and DOES 1-5, inclusive, | ) ) ) ) ) ) | |
| Counter-defendants. | ) | |

IT IS ORDERED:

Plaintiff's motion to continue the Rule 26 telephone planning conference, filing 72, is granted and the telephone conference is continued to September 25, 2006 at 9:30 a.m. Plaintiff's counsel shall initiate the call.

DATED September 13, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge