## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JN INTERNATIONAL, INC., a/k/a M/S. JEERI NEOTECH, INTERNATIONAL MEDICAL CORPORATION, a Nebraska Corporation, | ) ) ) ) ) ) | Consolidated Case Nos.  8:05CV67  8:05CV158 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **JUDGMENT** |
| M/S/ TRANSGENE BIOTEK LTD., a Hyberbad, India Corporation, and SAKET BIOTECHNOLOGIES LTD., k/n/a M/S TRANSGENE BIOTEK LTD., a Hyberbad, India Corporation, | ) ) ) ) ) ) ) | |
| Defendants and Counterclaimants, | ) ) ) | |
| vs. | ) ) | |
| JN INTERNATIONAL, INC., a Nebraska Corporation, and DR. J. RAGHAVA REDDY, an individual, and DOES 1-5, inclusive, | ) ) ) ) ) | |
| Counterdefendants. | ) | |

Pursuant to the parties' joint stipulation and motion for dismissal with prejudice (filings 85 & 86) and Fed. R. Civ. P. 41,

IT IS ORDERED that all claims and counterclaims asserted in the above-captioned cases are dismissed with prejudice.

November 13, 2006.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge